LEVISON, Appellant, v. UNITED TRAC-TION CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 20, 1904.) Action by Louis Levison, an infant, by Isaac Levison, his guardian ad litem, against the United Traction Company. No opinion. Judgment and order unanimously affirmed, with costs, upon the ground that there is not sufficient evidence of the defendant's negligence to sustain a verdict.

LEVINSON v. UNITED TRACTION CO. (Supreme Court, Appellate Division, Third Department. May 25, 1904.) Action by Louis Levinson, an infant, by Isaac Levinson, his guardian ad litem, against the United Traction Company. No opinion. Motion denied.

LEWINE, Respondent, v. SHAPIRO et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by Julius Lewine against Joseph Shapiro and Max Brodsky. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

LEWIS et al. v. SNOOK. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Ceylon H. Lewis and another against Helen J. Snook.

PER CURIAM. Order heretofore entered, allowing an appeal to the Court of Appeals, amended nunc pro tunc by inserting therein the specific question of law set forth in the papers upon this motion.

LEXEN, Appellant, v. WICKES, Respondent. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by Frederica Lexen against William Wickes. M. Kendall, for respondent. No opinion. Judgment affirmed, with costs.

LITTLEFIELD, Appellant, v. LAWRENCE, Respondent. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by Lemuel Littlefield against John H. Lawrence. G. R. Westerfield, for appellant. G. A. Steves, for respondent. No opinion. Judgment and order affirmed, with costs.

LUBIN, Respondent, v. KLINKOWSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by Isaac H. Lubin against Alexander Klinkowstein. L. Kantrowitz, for appellant. L. G. Rosenblatt, for respondent. No opinion. Judgment and order affirmed, with costs.